IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JENNINE LABUZAN-DELANE                                                                      PLAINTIFF

v.                                                         CIVIL ACTION NO: 4:22-CV-149-SA-DAS

COCHRAN & COCHRAN LAND CO., INC.,
COCHRAN FARMS, INC., LAKELAND
FARMS, LLC, GREENLEE FAMILY, LLC,
JENNINGS FARMS, INC and
DAVID T. COCHRAN                                                                           DEFENDANTS

ORDER

Jennine Labuzan-Delane, who is proceeding *pro se*, initiated this lawsuit by filing her Complaint [1] on September 23, 2022. Labuzan-Delane claims entitlement to certain real property located in Washington County, Mississippi, and seeks ejectment of the Defendants, who she contends are wrongfully occupying the property.

On November 29, 2022, the Court entered an Order to Show Cause [24], ordering Labuzan-Delane to adequately allege diversity jurisdiction. On December 16, 2022, Labuzan-Delane filed her Response to Order to Show Cause [28] and Motion for Leave to File First Amended Complaint [29]. In her Response [28], she adequately addresses the citizen of the various Defendants, consistent with the Court's directive in the Show Cause Order [24]. The Court hereby GRANTS the Motion for Leave [29]. Labuzan-Delane shall file an Amended Complaint, adequately alleging diversity jurisdiction within fourteen (14) days of today's date.

The Court also notes that the parties have filed various other Motions [11, 17, 18, 22] in the case, and the Defendants raise various defenses to the Labuzan-Delane Complaint in their respective filings. Because the Motions [11, 17, 18, 22] relate to a Complaint which will no longer be operative at the time Labuzan-Delane files her Amended Complaint, the Motions [11, 17, 18,

22] are DENIED *without prejudice*. The parties may refile any motions, as necessary, once Labuzan-Delane files her Amended Complaint.

Further, the Court specifically advises Labuzan-Delane that failure to file her Amended Complaint within fourteen (14) days of today's date (or, in other words, on or before February 7, 2023) will result in the case being dismissed without further notice.

SO ORDERED, this 24th day of January, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE